UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | \* Case No. 2:24-cv-2046 |
| *Plaintiffs,* | \* Judge Sarah D. Morrison |
| v. | \* Magistrate Judge Chelsey M. Vascura |
| **D & G FOCHT CONSTRUCTION COMPANY,** | \* **ORDER** |
| *Defendant.* | \* |

This matter is before the Court upon Plaintiffs' Motion to Accelerate Discovery under Rules 26(d)(1) and 34(b)(2)(A) of the Federal Rules of Civil Procedure (Doc. 6). Defendant has failed to appear or otherwise defend this action (Doc. 5.) Plaintiffs have asserted that, before they can move for default judgment, they need to serve requests for production of documents and obtain deposition testimony to determine the exact amount of money owed to Plaintiffs.

For good cause shown, the Motion (ECF No. 6) is GRANTED. It is hereby ORDERED that (a) Defendant D & Focht Construction Company shall respond to requests for production of documents served by Plaintiffs within thirty (30) days after service, (b) Defendant shall designate a knowledgeable representative under Rule 30(b)(6) to appear for a deposition under Rule 30(b)(3), with a stenographic court reporter, on Thursday, September 19, 2024 at 3:00 p.m. at Mangano Law Offices, 4030 Smith Road, Suite 200, Cincinnati, Ohio 45209; and it is further ORDERED that Plaintiffs shall be responsible for service of this Order, their requests for production of documents, and deposition notices upon Defendant.

**IT IS SO ORDERED.**

                                                /s/ *Chelsey M. Vascura*
                                                CHELSEY M. VASCURA
                                                UNITED STATES MAGISTRATE JUDGE